UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Randall Carpenter,

    Plaintiff,

    v.                                  Case Number: 1:14cv451

Convergent Outsourcing, Inc.,

    Defendant.

## ORDER

The Court upon a review of the record notes that the above styled case was erroneously filed in the Southern District of Ohio, Western Division at Cincinnati.

Pursuant to Local Rule 82.1 this case is hereby **TRANSFERRED** to the Eastern Division at Columbus of the Southern District of Ohio.

**IT IS SO ORDERED.**

                                                  *s/Michael R. Barrett*
                                                  Michael R. Barrett
                                                  United States District Judge