# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Randall Carpenter<br><br>    Plaintiff,<br><br>v.<br><br>Convergent Outsourcing, Inc.<br><br>    Defendant. | Case No. 2:14-cv-00529-ALM-NMK<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

    Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.


    RESPECTFULLY SUBMITTED,

    Hyslip & Taylor, LLC, LPA

    By:   /s/ Jeffrey S. Hyslip
        Jeffrey S. Hyslip
        Attorney for Plaintiff
        917 W. 18th Street
        Suite 200
        Chicago, IL  60608

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2014, I electronically filed the foregoing Notice.  Service of this filing will be made by the Plaintiff's Counsel upon the following:

Shannon Smith
Director of Litigation and
Risk Management
Convergent Outsourcing, Inc.
800 SW 39th Street
Renton, WA  98057

/s/ Jeffrey Hyslip